United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 8, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 06-50341
Conference Calendar

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

RAUL SALGADO-RAMOS, also known as
Sergio Vasquez,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:04-CR-1855
--------------------

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM:*

     Appealing the Judgment in a Criminal Case, Raul Salgado-
Ramos raises arguments that are foreclosed by <u>Almendarez-Torres
v. United States</u>, 523 U.S. 224, 235 (1998), which held that 8
U.S.C. § 1326(b)(2) is a penalty provision and not a separate
criminal offense.  The Government's motion for summary affirmance
is GRANTED, and the judgment of the district court is AFFIRMED.

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.